# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Misty Smith,<br><br>          Plaintiff,<br><br>v.<br><br>Oxford Law LLC,<br><br>          Defendant. | No. CV-15-00183-PHX-JZB<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 31), and good cause appearing,

**IT IS ORDERED** that the Stipulation to Dismiss (Doc. 31) is granted.

**IT IS FURTHER ORDERED** that this matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 22nd day of February, 2016.

Honorable John Z. Boyle
United States Magistrate Judge